LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
BRAVEHEART NAVIGATION S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRAVEHEART NAVIGATION S.A.,                                     **ECF CASE**

                          Plaintiff,

          - against -                                          08 Civ. 05680( JES)

SWISSMARINE CORP. LTD.,

                          Defendant.
------------------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the

Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff

BRAVEHEART NAVIGATION S.A., certifies upon information and belief that said plaintiff is not a

publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or

affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: June 24, 2008

                                LYONS & FLOOD, LLP
                                Attorneys for Plaintiff
                                BRAVEHEART NAVIGATION S.A.

                    By:      _Kirk M. Lyons_____
                                Kirk M. Lyons (KL-1568)
                                65 West 36th Street, 7th Floor
                                New York, New York 10018
                                (212) 594-2400